PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**Harry Glen HALL and Charles B. Towns, Appellants, v. SELBY SHOE COMPANY and The Arch Preserver Shoe Shop, Inc., Appellees.**

No. 65.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1938.

Graef & Towns and L. Stewart Gatter, both of New York City, for appellants.

Edmund P. Wood and Wood & Wood, all of Cincinnati, Ohio, and Allan C. Bakewell and Cooper, Kerr & Dunham, all of New York City, for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

**In re Herbert Roy HARVEY, an Incompetent, by Daisy Harvey, His Guardian.**

No. 1805.

Circuit Court of Appeals, Tenth Circuit.

Nov. 28, 1938.

A. L. Brook, of Muskogee, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, for failure to prosecute, on motion of appellee.

**William C. HENRY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7539.

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1938.

Alvord & Alvord and Floyd F. Toomey, all of Washington, D. C., for petitioner.

James W. Morris, Sewall Key, and Herman Oliphant, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to motion of petitioner.

**HANS HINRICHS, Inc., Appellee, v. AMERICAN MALTING COMPANY, Appellant.**

No. 43.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1938.

Otterbourg, Steindler & Houston, of New York City (Arnold A. Jaffe, of New York City, of counsel), for appellant.

Saul Hammer, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**A. H. HARGIS, Appellant, v. King SWOPE, Judge of the Fayette Circuit Court, et al., Appellees.**

No. 8027.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1938.